**Opinion filed May 27, 2011**



# In The

# Eleventh Court of Appeals

_____

## No. 11-10-00188-CV
_____

## TONY RAY MITCHELL

## V.

## NATALIE NICOLE MITCHELL

### On Appeal from the 18th District Court

### Johnson County, Texas

### Trial Court Cause No. D201005519

## M E M O R A N D U M   O P I N I O N

This is an appeal from a final decree of divorce signed on August 30, 2010.  Appellant, Tony Ray Mitchell, timely filed a pro se notice of appeal.   However, neither a reporter's record nor an appellant's brief has been filed. We dismiss the appeal for want of prosecution.

The court reporter notified this court that appellant neither filed a written designation specifying the matters to be included in the reporter's record nor made arrangements to pay for the reporter's record.  On December 2, 2010, the clerk of this court wrote appellant at his last known address and informed him that the case would be submitted on the clerk's record alone. The clerk's letter further advised appellant that his brief would be due for filing on or before

January 3, 2011. The clerk's letter of December 2, 2010, was returned to the clerk's office by the U.S. Postal Service with the notation "RETURN TO SENDER / NOT DELIVERABLE AS ADDRESSED / UNABLE TO FORWARD." The clerk's office subsequently made repeated attempts to call appellant by telephone in order to obtain his current mailing address, but the clerk's office was never able to reach appellant.

Appellant's brief is now more than four months overdue. Furthermore, appellant has failed to provide this court with his current mailing address so that the court can provide him with notices issued by the court as required by TEX. R. APP. P. 6.3(c). Litigants have a continuing duty to keep the court and parties apprised of their correct and current address. *See Ashworth v. Brzoska*, 274 S.W.3d 324, 331-32 (Tex. App.—Houston [14th Dist.] 2008, no pet.). Therefore, pursuant to TEX. R. APP. P. 38.8(a) and 42.3(b), the appeal is dismissed for want of prosecution.

PER CURIAM

May 27, 2011

Panel[1] consists of: Wright, C.J.,
McCall, J., and Hill, J.[2]

---

[1]Rick Strange, Justice, resigned effective April 17, 2011. The justice position is vacant pending appointment of a successor by the governor.

[2]John G. Hill, Former Justice, Court of Appeals, 2nd District of Texas at Fort Worth, sitting by assignment.